IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00698-REB-MJW

IOWA NETWORK SERVICES INC., *an Iowa corporation*,

Plaintiff,

v.

LEVEL 3 COMMUNICATIONS LLC, *a Delaware limited liability company*, and
GLOBAL CROSSING TELECOMMUNICATIONS INC.,*a Michigan corporation*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Amend Date for Scheduling/Planning Hearing and Related Deadlines (Docket No. 17) is GRANTED. Although neither the deadline for responding to the complaint nor Plaintiff's delay in notifying Defendant of the date of the conference has any relevance to the matter, the preexisting commitments of Defendant's counsel do.  It is therefore further ORDERED that:

- The Scheduling Conference set for June 10, 2015, at 10:30 a.m. is VACATED and RE-SET for June 29, 2015, at 2:00 p.m.; and

- The associated deadlines from the Court's order setting the scheduling/planning conference (Docket No. 7) are extended accordingly.

Date: May 22, 2015