IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00698-REB-MJW

IOWA NETWORK SERVICES INC., *an Iowa corporation*,

Plaintiff,

v.

LEVEL 3 COMMUNICATIONS LLC, *a Delaware limited liability company*,
GLOBAL CROSSING TELECOMMUNICATIONS INC., *a Michigan corporation*, and
WILTEL COMMUNICATIONS LLC, *a Delaware limited liability company*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendants' Unopposed Motion to Extend Expert Witness Deadlines (Docket No. 36) is GRANTED; and

- The Scheduling Order (Docket No. 25) is AMENDED such that affirmative expert reports are due December 14, 2015, and rebuttal expert reports are due January 14, 2016.

- The parties are advised that no further extensions will be granted based on the pending motion to dismiss; regardless of the status of that motion, the case will need to continue moving.

Date: October 15, 2015